UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MULE CREEK STATE PRISON MEDICAL DEPARTMENT, *et al*.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00246-JDP<br><br>SECOND SCREENING ORDER<br><br>SECOND AMENDED COMPLAINT DUE IN SIXTY DAYS<br><br>ECF No. 7<br><br>ORDER THAT THE CLERK'S OFFICE RESEND PLAINTIFF THE COURT'S ORIGINAL SCREENING ORDER AND AN AMENDED COMPLAINT FORM<br><br>ECF No. 6 |

　　　Plaintiff John Ray Dynes is a state prisoner proceeding without counsel and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.  On April 7, 2020, the court screened plaintiff's complaint and found that failed to state a claim.  ECF No. 6.  On April 17, the court received a first amended complaint.  ECF No. 7.  Plaintiff's first amended complaint is almost identical to his original complaint: plaintiff has added a small number of additional sentences to a copy of his original complaint and attached more medical documents.  The added sentences and attachments do not cure the pleading deficiencies identified in the court's original screening order.  For this reason, the court orders that the clerk's office send plaintiff a copy of the original screening order.  We will give plaintiff another chance to amend his complaint within

1

60 days.  Should plaintiff fail to amend and cure the pleading deficiencies identified in the original screening order, the court will recommend that this case be dismissed.

     The court is sympathetic to the fact that plaintiff is suffering from serious medical problems.  However, to state a constitutional claim that warrants the many costs of litigation, plaintiff must do more than identify such a problem; he must make allegations that allow us to infer that specific defendants were deliberately indifferent to his needs.

IT IS SO ORDERED.

Dated:   April 28, 2020                          /s/ Jeremy Peterson
                                                          UNITED STATES MAGISTRATE JUDGE

No. 205.